UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kimberly Gregory, <br><br> Plaintiff, <br><br> v. <br><br> Reliance Standard Life Insurance Company, <br><br> Defendant. | ) <br> ) <br> ) Case No. 0:21-cv-02307-JRT-JFD <br> ) <br> ) <br> ) **NOTICE OF DISMISSAL** <br> ) <br> ) <br> ) <br> ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kimberly Gregory and her counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice, against Defendant Reliance Standard Life Insurance Company.

Dated:       December 22, 2021          RESPECTFULLY SUBMITTED,

By: /s/ *Zachary Erickson*

Zachary Erickson (MN Bar # 0401216)
Stephen Fields (MN Bar # 0276571)
**FIELDS LAW FIRM**
9999 Wayzata Boulevard,
Minnetonka, MN 55305
Office: 612-370-1511
ZErickson@Fieldslaw.com
Steve@Fieldslaw.com

*Attorneys for Plaintiff*